(INND Rev. 8/16)

-FILED-

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

SEP 12 2019

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIAN.

[This form is for non-prisoners to file a civil complaint. _NEATLY_ print in ink (or type) your answers.]

_Thomas A. Young_

[You are the **PLAINTIFF**, print your full name on this line.]

v.

_Cogdill TH (officer)_

[The **DEFENDANT** is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number _2:19cv343_

[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is _VERY IMPORTANT_ that you include it on _everything_ you send to the court for this case. _DO NOT_ send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] _Cogdill TH, (Police officer)_ | _122 Huber Blvd. Hobart, Indiana 46342_ |
| 2 | [Put the names of any other defendants in these boxes.] _Mefford A, (Police officer)_ | _122 Huber Blvd. Hobart, Indiana 46342_ |
| 3 | _J. Builta, (Police officer)_ | _122 Huber Blvd. Hobart, Indiana 46342_ |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant _in a separate box_ as shown here.]

1. How many defendants are you suing? _3_

2. What is your address? _500 North Miami Place, Gary, Indiana 46403_

3. What is your telephone number: (_702_) _886 - 5043_

4. Have you ever sued anyone for these exact same claims?

(✓) No.

◯ Yes, attached is a copy of the final judgment _OR_ an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[_DO NOT_ write in the margins or on the back of any pages. Attach additional pages if necessary.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I.    Plaintiff(s):**

A.    Name: _Thomas A. Young_

B.    List all aliases: _N/A_

C.    Prisoner identification number: _N/A_

D.    Place of present confinement: _N/A_

E.    Address: _500 North Miami Place, Gary, Indiana 46403._

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank.  Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: _Mr. Cogdill, TH_

    Title: _Police Officer_

    Place of Employment: _New Chicago Police Department_

B.    Defendant: _Mr. Mefford A._

    Title: _Police Officer_

    Place of Employment: _New Chicago Police Department_

C.    Defendant: _Mr. J. Builta,_

    Title: _Police Officer_

    Place of Employment: _New Chicago Police Department_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: _____

_____

B.   Approximate date of filing lawsuit: _____

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

_____

_____

D.   List all defendants: *None*

_____

_____

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F.   Name of judge to whom case was assigned: _____

_____

G.   Basic claim made: _____

_____

_____

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

_____

_____

I.   Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3                                      Revised 9/2007

Plaintiff, Thomas A. Young, brings this Civil Complaint,

**IV.    Statement of Claim:** _Under, Title 42 section 1983, U.S Code._

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1.) On Sat, June 22, 2019, at about 7:55 p.m. I was traveling home on 80/94, when I was pulled over by a Police vehicle w/ emergency lights activated, I immediately turned on my right hand signal to pull over when the traffic allowed me to do so; I placed my vehicle in Park and waited for the officer to come to the Car, instead the officer backed up, and Pulled off, I sat there for about (10) seconds in total dismay, and then pulled off also; thinking that he pulled the wrong vehicle over.

2.) Approximately (5) minutes later, still on 80/94 interstate almost at Grant St. exist, I was encountered again by an unmarked black SUV, with emergency lights activated, again I pulled over into the inside emergency lane just before Grant St., when and where my vehicle was approached by two Police officers, with firearms drawn on me. I was ordered to Put my hands out the window, and I Complied, and when I did, one grabbed my left arm, pulling me through the window while my seat belt was still locked, the other officer still had his weapon drawn on me.

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

while the other officer reached in the Car unlocked the door and opened it and tased me, then my feet accidently pressed on the gas pedal while the Car was in Park, the other officer stated to his Partner cut the seat belt, but the officer instead unlocked the seat belt, and begin to Pull me out, striking me in My face with his fist, Pulling me out the Car, and throwing me to the ground brutally, then put his Knee in my back while handcuffing me I Continued to ask them "what did I do officer"? They then Picked me up off the ground and begin to take the probe out, At that time I noticed a gray Nissan, which the officer approached and begin to dialogue, Please see enclosed Exhibit A, an affidavit of Roger Shannon, Conversation with the officer.

3.) Then and there I was taken to Crown Point County Jail, during Process removing my Clothes one officer Noticed that there was a Probe still in my chest, and escorted me to the medical dept. for the nurse to remove it, the nurse tried to Pull it out but Could not, so she told them it would be best to take him to the emergency

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

room to remove the Probe. While waiting over an hour the officers stated that "Why don't you have a Criminal record?" In turn I replied "because I'm not a Criminal". So the officers stated, this is a waste of our time, we could be there arresting real Criminals. They then stated to me you are free to go, and you will recieve something in the mail. Please see enclosed Exhibits B, C, D, and E. Photos of the injuries I sustained on 6-22-19.

4.) At about 11:00 P.M., my Spiritual Wife came and Picked me up from the hospital, emergency room, and later took Pictures of my injuries.

5.) On June 23, 2019, I attempted to get out of bed and Couldn't, my Spiritual wife had to actually pick me up, and take me to the bathroom because of my excruciating lower back Pain, since this incident I have not been able to work my self employed job. Please see Exhibits F, medical diagnoses of X-rays and MRI.

As a result of Officers/ Defendants,

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(INND Rev. 8/16)

Cogdill, TH, Mefford a., and J. Builta, brutal evil misconduct toward the Plaintiff T. Young, who have suffered Physically and mentally Pain by the hands of all three defendants, when they Hit me, tased me, and threw me to the ground and put Knees in my back, causing me to ambulate with a Cane, assistance most of the time and Physical Therapy, see Exhibit G, Prescription for P.T.
   Therefore; The Plaintiff, has no other recourse, but to bring this Complaint before your Honorable Court for Pronouncing Judgment and prosecute in favor of the Plaintiff Thomas A. Young.

_5._

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

*"See Attached Relief Requested "*

VI.    The plaintiff demands that the case be tried by a jury.    ☑ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___9th___ day of ___Sept.___, 20 _19_

_____
(Signature of plaintiff or plaintiffs)

*Thomas A. Young*
(Print name)

*THomas A. Young*
(I.D. Number)    *N/A*

*500 North Miami Place*
*Gary, Indiana, 46403*
(Address)

Revised 9/2007

Attached
"Relief Requested"

1.) Injunctive relief : Order that the defendants be :
   a.) Reprimanded, And Sanctioned to the highest level, and Placed in their Central personnel files for review.

   B.) Ordered to attend Angry management classes.

2.) Award Compensatory damages in the amount of $1,500,000.00, from each defendant in their individual and official Capacity.

3.) Award Punitive damages in the amount of $2,500,000.00, from each defendant, in their individual and official Capacity to deter other Public Police officers from committing unwarranted Physical brutality, and mental anguish on it's Community, and set a Presidential before the entire State of Indiana, Law enforcement, to promote respect for the law, and Provide just due damages payed for the offense Committed herein.

4.) Award Plaintiff's, Cost of Court fees.

5.) Award Plaintiff's, Attorney fees.

6.) Reserve Plaintiff's, rights to Amend his Complaint.

7.) Grant trial by jury on all issues triable.

8.) Grant such other relief the Court deems just and Proper in this Cause/Complaint; such as all Hospital and medical Cost/fees and future medical bills.