# UNITED STATES DISTRICT COURT

## Northern District of Indiana
## Hammond Division

Thomas A Young,

Plaintiff

Case No.: 2:19-cv-343

vs.

New Chicago Police Department

and TH Cogdill,

Defendants

**Motion For**

**Voluntary Dismissal**

**Rule 41(a)(1)(A)(i)**

-FILED-

SEP 09 2021

At _____ __M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW comes, Thomas Young, herein after Plaintiff pro se, and Defendants New Chicago Police Department and TH Cogdill, by counsel CRIST SEARS & ZIC, LLP and, pursuant to Rule Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntarily dismisses, without prejudice, all claims brought in this action. Defendant has not filed a summary judgment, at present rule 41 (a)(1)(A)(i) operates only before the opposing party serves either an answer or a motion for summary judgment defendant has filed an motion for judgment on the pleadings along with a memorandum in support of motion for judgment on the pleadings, but has not filed a motion for summary judgment. An action

shall be dismissed at the plaintiff's instance save upon order of court and upon such terms and conditions as the court deems proper. Unless otherwise specified in the order, a dismissal under this paragraph is without prejudice." Dismissal under Rule 41(a)(1)(A)(i) is therefore appropriate.

Respectfully Submitted,

Thomas Young,
Plaintiff,
500 N Miami Place
Gary, Indiana 46403
newwazes@gmail.com
(702) 886-5043